

| Prob22<br>(Rev 3/98) | | DOCKET NUMBER (Tran. Court)<br>2:12CR20361-03 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>3:13-00263-01 |

| NAME AND ADDRESS OF PROBATIONER/<br>SUPERVISED RELEASEE | DISTRICT<br>Western District of Tennessee | DIVISION<br>Memphis |
|---|---|---|
| Marshall Allen McKinney<br>Nashville, TN | NAME OF SENTENCING JUDGE<br>Honorable John T. Fowlkes, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>08/12/2013 | TO<br>08/11/2016 |

OFFENSE
Obstruction of Correspondence 18 U.S.C.§ 1702.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TENNESSEE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/11/13
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF TENNESSEE.</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-18-13
Date

_____
United States District Judge